**UNITED STATES of America,**
**Appellee,**

v.

**Rigoberto SALAS–CASTRO, Appellant.**

No. 07–1146.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 13, 2007.

Filed: Nov. 15, 2007.

Charles E. Smith, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Rigoberto Salas-Castro, Adelanto, CA, pro se.

Before BYE, RILEY, and MELLOY, Circuit Judges.

PER CURIAM.

Rigoberto Salas–Castro appeals the sentence imposed by the district court[1] after he pleaded guilty to an immigration charge, in violation of 8 U.S.C. § 1326(a)

**60**

and (b)(2), 6 U.S.C. § 202(3) and (4), and 6 U.S.C. § 557. Salas–Castro's counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and moves to withdraw. For reversal, he argues that Salas–Castro's sentence, which was imposed at the bottom of the uncontested Guidelines range, is unreasonable.

We review Salas–Castro's sentence for reasonableness, and given that it falls within the advisory Guidelines range, it is presumptively reasonable. *See Rita v. United States,* —— U.S. ——, ——, 127 S.Ct. 2456, 2462, 168 L.Ed.2d 203 (2007) (discussing presumption). We see no basis in the record for concluding that Salas–Castro's sentence is unreasonable, *see United States v. Haack,* 403 F.3d 997, 1003–04 (8th Cir.2005) (factors); and further, after reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel leave to withdraw.